UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CONTINENTAL INSURANCE CO. ET AL. )<br>*Plaintiff* )<br>)<br>v. )<br>ARILYN ABDYMADIYEVA, ET AL. )<br>*Defendant* | Case No. 2:15-CV-05157 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as in-house counsel for:

STANDARD SECURITY LIFE INSURANCE COMPANY OF NEW YORK.

Date: 12/1/2015

*/s/ Marla Di Resta*
Attorney's signature

Marla Di Resta (MD2620)
Printed name and bar number

Standard Security Life Insurance
Company of New York
485 Madison Avenue, 14th Floor
New York, New York 10022
Address

mdiresta@sslicny.com
E-mail address

212-355-4141
Telephone number

212-504-0894
FAX number