UNTIED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| National Continental Insurance Company, | ) | |
| Axis Surplus Insurance Company, | ) | |
| Plaintiffs, | ) | EDNY Docket No. 2:15-cv-05157 (GRB) |
| v. | ) | |
| Melis Seker, | ) | |
| Defendant. | ) | |

APPERANCE OF COUNSEL

To: The Clerk of the Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Melis Seker.

Date:  New York, New York
         February 1, 2016

Merson Law, PLLC

*/s/ Jordan Merson*

Jordan Merson (JM-7939)
Attorney for Defendant Melis Seker
150 East 58th Street, 34th Floor
New York, NY 10155
(212) 603-9100

Certificate of Service

I, Jordan Merson, hereby certify that on this date, a true and complete copy of the foregoing Appearance of Counsel was electronically filed with the Clerk of the Court using CM/ECF, which will notify the registered attorneys of record that the document has been filed.

Dated: February 1, 2015

_____
Jordan Merson

Docket No. 2:15-cv-05157

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NATIONAL CONTINENTAL INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY,

                                      Plaintiff(s),

-against-

MELIS SEKER,

                                      Defendant(s).

---

APPEARANCE OF COUNSEL

---

MERSON LAW, PLLC
Attorney for Defendant(s)

Office and Post Office Address, Telephone
150 East 58th Street, 34th floor
New York, NY 10155
(212)- 603-9100

---

To: All Parties

---